**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation *or* state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

APPEAL

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CRIMINAL DOCKET FOR CASE #: <u>4:17−cr−00435−CDP</u> All Defendants

Case title: USA v. Suellentrop

Date Filed: 09/27/2017
Date Terminated: 12/20/2018

Assigned to: District Judge
Catherine D. Perry

**Defendant (1)**

**Dennis M. Suellentrop, Jr.**
*TERMINATED: 12/20/2018*

represented by **Joseph M. Hogan**
Joseph M. Hogan, Attorney at Law
7751 Carondelet Ave.
Suite 700
Clayton, MO 63105
314−863−9898
Fax: 314−863−5647
Email: jmhogan4090@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Felicia A. Jones**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: Felicia_jones@fd.org
*TERMINATED: 10/24/2017*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Gov*

**St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER
1010 Market Street

Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: moe_ecfnote@fd.org
*TERMINATED: 10/20/2017*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Status: Gov*

| **Pending Counts** | **Disposition** |
|---|---|
| PRODUCTION OF CHILD PORNOGRAPHY (1r) | Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5−8 to be served concurrently with one another and with the sentence on Counts 1−4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR−CR00001−03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended. |
| PRODUCTION OF CHILD PORNOGRAPHY (2r) | Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5−8 to be served concurrently with one another and with the sentence on Counts 1−4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR−CR00001−03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term |

consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended.

Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended.

PRODUCTION OF CHILD PORNOGRAPHY (3r)

PRODUCTION OF CHILD PORNOGRAPHY (4r)

Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay

to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended.

Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended.

PRODUCTION OF CHILD
PORNOGRAPHY
(5r)

PRODUCTION OF CHILD
PORNOGRAPHY
(6r)

Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant

appears to be indigent, the additional special assessment of S5,000 is not recommended.

Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended.

PRODUCTION OF CHILD PORNOGRAPHY
(7r)

Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG 5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended.

POSSESSION OF CHILD PORNOGRAPHY
(8r)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **Robert F. Livergood** |
| --- | --- | --- |
| | | OFFICE OF U.S. ATTORNEY |
| | | 111 S. Tenth Street |
| | | 20th Floor |
| | | St. Louis, MO 63102 |
| | | 314–539–2365 |
| | | Fax: 314–539–2287 |
| | | Email: rob.livergood@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | *Bar Status: Gov* |

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 09/27/2017 | 1 | | INDICTMENT returned in open court on 09/27/2017 to Judge Ronnie L. White by the Foreperson of the Grand Jury. Referred to Magistrate Judge John M. Bodenhausen as to Dennis M. Suellentrop, Jr (1) count(s) 1–7, 8. (Attachments: # 1 Criminal Cover Sheet) (DJO) (Entered: 09/28/2017) |
| 09/27/2017 | 2 | | REDACTED INDICTMENT returned in open court on 09/27/2017 to Judge Ronnie L. White by the Foreperson of the Grand Jury. Referred to Magistrate Judge John M. Bodenhausen as to Dennis M. Suellentrop, Jr (1): Former count 1–7 is now count 1r–7r. Former count 8 is now count 8r.. (DJO) (Entered: 09/28/2017) |
| 09/27/2017 | | | |

| | | | |
|---|---|---|---|
| | | | Warrant Issued as to Indictment in case as to Dennis M. Suellentrop, Jr. (DJO) (Entered: 09/28/2017) |
| 09/27/2017 | 3 | | Order for Application for Writ of Habeas Corpus ad Prosequendum as to Dennis M. Suellentrop, Jr. Signed by District Judge Ronnie L. White on 9/27/2017. (CAR) (Entered: 09/28/2017) |
| 09/27/2017 | | | Writ of Habeas Corpus ad Prosequendum Issued as to defendant Dennis M. Suellentrop, Jr for an Initial Appearance, and at other times and dates. (CAR) (Entered: 09/28/2017) |
| 09/27/2017 | | | Arrest of defendant Dennis M. Suellentrop, Jr – date of arrest: 9/27/2017. (CAR) (Entered: 09/28/2017) |
| 09/28/2017 | 4 | | ENTRY OF ATTORNEY APPEARANCE Robert F. Livergood appearing for USA. (Livergood, Robert) (Entered: 09/28/2017) |
| 09/28/2017 | 5 | | MOTION for Pretrial Detention and Hearing by USA as to Dennis M. Suellentrop, Jr. (Livergood, Robert) (Entered: 09/28/2017) |
| 09/28/2017 | 6 | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401, including any case budgeting matters. (CSAW) (Entered: 09/28/2017) |
| 10/05/2017 | 7 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Dennis M. Suellentrop, Jr St. Louis Fed Public Defender for Dennis M. Suellentrop, Jr appointed for initial appearance and all further proceedings in the case. Signed by Magistrate Judge Shirley Padmore Mensah on 10/5/17. (ARL) (Entered: 10/05/2017) |
| 10/05/2017 | 8 | | CJA 23 Financial Affidavit by Dennis M. Suellentrop, Jr. (ARL) (Entered: 10/05/2017) |
| 10/05/2017 | | | Arrest of defendant Dennis M. Suellentrop, Jr date of arrest: 10/5/17 (LGK) (Entered: 10/06/2017) |
| 10/05/2017 | 9 | | Minute Entry for proceedings held before Magistrate Judge Shirley Padmore Mensah:Initial Appearance/Rule 5 as to Dennis M. Suellentrop, Jr held on 10/5/2017 Defendant given copy of: indictment. Defendant to retain: n/a. Court to appoint: FPD. Pretrial Services bail report received on: 10/5/17. Pretrial Services Officer: Katie Stephens. Detention Hearing set for 10/10/2017 02:15 PM in Courtroom 13S before Magistrate Judge Shirley Padmore Mensah. Arraignment set for 10/12/2017 09:30 AM in Courtroom 15S before Magistrate Judge John M. Bodenhausen. (FTR Gold Operator initials:ARL) (FTR Gold: Yes) (proceedings started: 10:32 a.m.) (proceedings ended: 11:42 a.m.) (Defendant Location: custody) (LGK) (Entered: 10/06/2017) |
| 10/06/2017 | 10 | | Warrant Returned Executed as to Indictment on 10/5/17 in case as to Dennis M. Suellentrop, Jr (LGK) (Entered: 10/06/2017) |
| 10/10/2017 | 11 | | BAIL REPORT(FILED UNDER SEAL) as to Dennis M. Suellentrop, Jr. (KDS) (Entered: 10/10/2017) |
| 10/10/2017 | 12 | | Minute Entry for proceedings held before Magistrate Judge Shirley Padmore Mensah: Detention Hearing as to Dennis M. Suellentrop, Jr held on 10/10/2017 |

| | | | |
|---|---|---|---|
| | | | re 5 MOTION for Pretrial Detention and Hearing filed by USA. Defendant waives the detention hearing and is ordered detained. (FTR Gold Operator initials:C. Ritter) (FTR Gold: Yes) (proceedings started: 2:05 pm) (proceedings ended: 2:09 pm) (Defendant Location: Remanded to Custody) (CAR) (Entered: 10/10/2017) |
| 10/10/2017 | 13 | | WAIVER OF DETENTION HEARING/ORDER OF DETENTION as to Dennis M. Suellentrop, Jr. Signed by Magistrate Judge Shirley Padmore Mensah on 10/10/2017. (CAR) (Entered: 10/10/2017) |
| 10/12/2017 | 14 | | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Dennis M. Suellentrop Jr. (1) Count 1r–7r,8r held on 10/12/2017. Written motion for extension of time to file pretrial motions is granted. Criminal Pretrial Motion due by 11/16/2017. (FTR Gold Operator initials:ARL) (FTR Gold: Yes) (proceedings started: 9:40 a.m.) (proceedings ended: 9:44 a.m.) (Defendant Location: Custody) (ARL) (Entered: 10/12/2017) |
| 10/12/2017 | 15 | | MOTION for Extension For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Dennis M. Suellentrop, Jr. (ARL) (Entered: 10/12/2017) |
| 10/12/2017 | 16 | | ORDER CONCERNING PRETRIAL MOTIONS as to Dennis M. Suellentrop, Jr. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information. IT IS FURTHER ORDERED that defendants oral motion for extension of time within which to file motions is GRANTED 15 . The parties shall respond to any such request for pretrial disclosure not later than 10/19/17. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 11/16/17. Criminal Pretrial Motion due by 11/16/2017. Signed by Magistrate Judge John M. Bodenhausen on 10/12/17. (ARL) (Entered: 10/12/2017) |
| 10/16/2017 | 17 | | Letter Regarding Discovery as to Dennis M. Suellentrop, Jr (Livergood, Robert) (Entered: 10/16/2017) |
| 10/19/2017 | 18 | | ENTRY OF ATTORNEY APPEARANCE: by Felicia A. Jones on behalf of Dennis M. Suellentrop, Jr (Jones, Felicia) (Entered: 10/19/2017) |
| 10/19/2017 | 19 | | REQUEST for Discovery as to Dennis M. Suellentrop, Jr (Jones, Felicia) (Entered: 10/19/2017) |
| 10/24/2017 | 20 | | ENTRY OF ATTORNEY APPEARANCE: by Joseph M. Hogan on behalf of Dennis M. Suellentrop, Jr (Hogan, Joseph) (Entered: 10/24/2017) |
| 10/30/2017 | 21 | | MOTION for Extension of Time to File *Pre–trial Motions* by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 10/30/2017) |
| 10/31/2017 | 22 | | ORDER granting 21 Motion for Extension of Time to File as to Dennis M. Suellentrop Jr. (1). IT IS HEREBY ORDERED that Defendants motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. ECF No. [21 ] IT IS FURTHER ORDERED that Defendant shall have until December 20, 2017, to file any pretrial motions or waiver of motions. The Government shall have until |

| | | | |
|---|---|---|---|
| | | | December 27, 2017, to respond. IT IS FINALLY ORDERED that the Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 10/31/17. (ARL) (Entered: 10/31/2017) |
| 12/19/2017 | 23 | | MOTION for Extension of Time to File *Pre−Trial Motions* by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 12/19/2017) |
| 12/20/2017 | 24 | | ORDER: IT IS HEREBY ORDERED that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED 23 . IT IS FURTHER ORDERED that Defendant shall have until January 23, 2018, to file any pretrial motions or waiver of motions. The Government shall have until January 30, 2018, to respond. IT IS FINALLY ORDERED that the Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 12/20/2017. (CAR) (Entered: 12/20/2017) |
| 01/23/2018 | 25 | | MOTION to Suppress Physical Evidence by Dennis M. Suellentrop, Jr. (Attachments: # 1 Exhibit)(Hogan, Joseph) (Entered: 01/23/2018) |
| 01/30/2018 | 26 | | First MOTION for Extension of Time to File Response/Reply as to 25 MOTION to Suppress Physical Evidence by USA as to Dennis M. Suellentrop, Jr. (Livergood, Robert) (Entered: 01/30/2018) |
| 01/30/2018 | 27 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. This matter is before the Court on the Government's motion for additional time to respond to Defendant's motion to suppress evidence. [ECF No. 26] The Defendant does not object to such an extension. The Government's motion is GRANTED. The Government's response is due no later than February 5, 2018. So Ordered. John M. Bodenhausen, United States Magistrate Judge. January 30, 2018. (CEC) (Entered: 01/30/2018) |
| 02/05/2018 | 28 | | RESPONSE in Opposition by USA as to Dennis M. Suellentrop, Jr re 25 MOTION to Suppress Physical Evidence (Attachments: # 1 Attachment State Search Warrant Application, # 2 Attachment State Search Warrant Affidavit, # 3 Attachment State Search Warrant, # 4 Attachment State Search Warrant Return, # 5 Attachment Federal Search Warrant Application, # 6 Attachment Federal Search Warrant)(Livergood, Robert) (Entered: 02/05/2018) |
| 02/06/2018 | 29 | | MOTION for Leave to File *Amended Response to Motion to Suppress* by USA as to Dennis M. Suellentrop, Jr. (Livergood, Robert) (Entered: 02/06/2018) |
| 02/06/2018 | 30 | | RESPONSE in Opposition by USA as to Dennis M. Suellentrop, Jr re 25 MOTION to Suppress Physical Evidence *AMENDED RESPONSE* (Attachments: # 1 Attachment State Search Warrant Appl, # 2 Attachment State Search Warrant Aff, # 3 Attachment State Search Warrant, # 4 Attachment State Search Warrant Return, # 5 Attachment Federal Search Warrant Application, # 6 Attachment Federal Search Warrant)(Livergood, Robert) (Entered: 02/06/2018) |
| 02/07/2018 | 31 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. This matter is before the Court on the Government's motion for leave to file amended response to Defendant's motion to suppress. [ECF No 29] The Government's motion is granted. So Ordered. John M. Bodenhausen, United States Magistrate Judge. February 7, 2018. (CEC) (Entered: 02/07/2018) |

| 02/26/2018 | 32 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. As previously discussed, the Evidentiary Hearing in this matter is set for February 28, 2018, at 9:30 AM in Courtroom 15S before Magistrate Judge John M. Bodenhausen. Signed by Magistrate Judge John M. Bodenhausen on 2/26/2018. (LXC) (Entered: 02/26/2018) |
|---|---|---|---|
| 02/27/2018 | 33 | | MOTION to Suppress Statements by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 02/27/2018) |
| 02/27/2018 | 34 | | EXHIBIT LIST by USA as to Dennis M. Suellentrop, Jr (Livergood, Robert) (Entered: 02/27/2018) |
| 02/28/2018 | 35 | | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen: Evidentiary Hearing as to Dennis M. Suellentrop, Jr held on 2/28/2018 re 33 MOTION to Suppress Statements and 25 MOTION to Suppress Physical Evidence filed by Dennis M. Suellentrop, Jr. (Court Reporter:Shannon White, Shannon_White@moed.uscourts.gov, 314–244–7966)(FTR Gold Operator initials:C. Ritter) (FTR Gold: Yes) (proceedings started: 9:42 am) (proceedings ended: 12:50 pm) (Defendant Location: Remanded to Custody) (CAR) (Entered: 02/28/2018) |
| 02/28/2018 | 36 | | CLERKS WITNESS LIST as to Dennis M. Suellentrop, Jr as to Evidentiary Hearing. (CAR) (Entered: 02/28/2018) |
| 02/28/2018 | 37 | | CLERKS EXHIBIT LIST as to Dennis M. Suellentrop, Jr as to Evidentiary Hearing. (CAR) (Entered: 02/28/2018) |
| 03/13/2018 | 38 | | TRANSCRIPT of 35 (EVIDENTIARY HEARING) as to Dennis M. Suellentrop, Jr held on 2/28/2018 before Judge John M. Bodenhausen. Court Reporter: Shannon White, Shannon_White@moed.uscourts.gov, 314–244–7966. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/3/2018. Redacted Transcript Deadline set for 4/13/2018. Release of Transcript Restriction set for 6/11/2018. (CAR) (Entered: 03/13/2018) |
| 03/13/2018 | 39 | | SCHEDULING ORDER – POST–HEARING as to Dennis M. Suellentrop, Jr: Defendant's post–hearing memorandum is due no later than thirty (30) days from the date of this ORDER (Post Hearing Brief due by 4/12/2018). The Government may file response to Defendant's memorandum no later than fourteen (14) days following the filing of Defendant's memorandum. No reply brief will be accepted without prior leave of the Court. Signed by Magistrate Judge John M. Bodenhausen on 3/13/2018. (CAR) (Entered: 03/13/2018) |
| 03/14/2018 | 40 | | Sealed Document (Livergood, Robert) (Entered: 03/14/2018) |
| 04/11/2018 | 41 | | MOTION for Extension of Time to File *Post Hearing Memorandum* by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 04/11/2018) |
| 04/12/2018 | 42 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. This matter is before the Court on Defendant's motion for extension of time to file post hearing memorandum. [ECF No. 41] The Government does not object to this extension. Defendant's motion is granted. The Defendant's post–hearing memorandum is due no later than May 14, 2018. The Government's response is due no later than |

| | | | |
|---|---|---|---|
| | | | May 29, 2018. So Ordered. John M. Bodenhausen, United States Magistrate Judge. April 12, 2018. (CEC) (Entered: 04/12/2018) |
| 05/14/2018 | 43 | | MOTION for Extension of Time to File *Post Hearing Memorandum* by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 05/14/2018) |
| 05/15/2018 | 44 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. This matter is before the Court on Defendant's motion for extension of time to file post hearing memorandum. [ECF No. 43] The Government does not object to this extension. Defendant's motion is granted. The Defendant's post–hearing memorandum is due no later than June 7, 2018. The Government's response is due no later than June 21, 2018. So Ordered. John M. Bodenhausen, United States Magistrate Judge. May 15, 2018. (CEC) (Entered: 05/15/2018) |
| 06/07/2018 | 45 | | POST TRIAL/POST HEARING BRIEF by Dennis M. Suellentrop, Jr (Hogan, Joseph) (Entered: 06/07/2018) |
| 06/20/2018 | 46 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. On the Court's own motion ECF Doc No. 25–1 is to be filed and maintained under seal until further order of the Court. So Ordered. John M. Bodenhausen, United States Magistrate Judge. June 20, 2018. (CEC) (Entered: 06/20/2018) |
| 06/21/2018 | 47 | | MOTION for Extension of Time to File by USA as to Dennis M. Suellentrop, Jr. (Livergood, Robert) (Entered: 06/21/2018) |
| 06/21/2018 | 48 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr. This matter is before the Court on the Government's motion for additional time to respond to Defendant's post–hearing memorandum. [ECF No. 47] Defendant does not oppose this motion. The Government's motion is granted. The response is due no later than June 25, 2018. So Ordered. John M. Bodenhausen, United States Magistrate Judge. June 21, 2018. (CEC) (Entered: 06/21/2018) |
| 06/25/2018 | 49 | | RESPONSE to Motion by USA as to Dennis M. Suellentrop, Jr re 33 MOTION to Suppress Statements (Livergood, Robert) (Entered: 06/25/2018) |
| 07/23/2018 | 50 | | MEMORANDUM, REPORT AND RECOMMENDATIONS as to Dennis M. Suellentrop, Jr Case as to Dennis M. Suellentrop, Jr no longer referred to Magistrate Judge John M. Bodenhausen. IT IS HEREBY RECOMMENDED that Defendants Motion to Suppress Physical Evidence 25 be DENIED. IT IS FURTHER RECOMMENDED that Defendant's Motion to Suppress Statements 33 be DENIED. The parties are advised that they have fourteen (14) days in which to file written objections to the foregoing Memorandum, Recommendations, and Order, unless an extension oftime for good cause is obtained, and that failure to file timely objections may result in a waiver of the right to appeal questions of fact. See Thompson v. Nix, 897 F.2d 356 (8th Cir. 1990); see also 28 U.S.C. § 636(b)(1)(A), Fed. R. Crim. P. 59(a). The trial of this matter has been set for Monday, September 17, 2018, at 8:30 a.m., before the Honorable Catherine D. Perry, United States District Judge. Objections to R&R due by 8/6/2018 Signed by Magistrate Judge John M. Bodenhausen on 7/23/18. (KEK) Modified on 7/24/2018 (MCB). (Entered: 07/23/2018) |
| 07/27/2018 | 51 | | OBJECTION TO REPORT AND RECOMMENDATIONS 50 by Dennis M. Suellentrop, Jr (Hogan, Joseph) (Entered: 07/27/2018) |
| 07/30/2018 | 52 | | |

| | | | |
|---|---|---|---|
| | | | MOTION in Limine to Exclude Evidence, Argument or Examination by USA as to Dennis M. Suellentrop, Jr. (Livergood, Robert) (Entered: 07/30/2018) |
| 08/02/2018 | 53 | | RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION by USA as to Dennis M. Suellentrop, Jr 51 (Livergood, Robert) (Entered: 08/02/2018) |
| 08/13/2018 | 54 | | MEMORANDUM AND ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Dennis M. Suellentrop, Jr – IT IS HEREBY ORDERED that the Report and Recommendation of the United States Magistrate Judge 50 is SUSTAINED, ADOPTED, and INCORPORATED herein, and defendant Dennis M. Sullentrops Motions to Suppress Physical Evidence and Statements [ 25 , 33 ] are GRANTED. IT IS FURTHER ORDERED that this case has been set for trial on the two–week docket beginning Monday, September 17, 2018 at 8:30 a.m. in Courtroom 14 South. IT IS FURTHER ORDERED that a final pretrial hearing and hearing to make a record of any plea offers or concessions offered by the United States will be held on Tuesday, August 28, 2018 at 2:30 p.m. in Courtroom 14 South. (Jury Trial set for 9/17/2018 08:30 AM before District Judge Catherine D. Perry. Final Pretrial Conference set for 8/28/2018 02:30 PM before District Judge Catherine D. Perry.) Signed by District Judge Catherine D. Perry on 8/13/18. (KJS) (Entered: 08/13/2018) |
| 08/13/2018 | 55 | | NUNC PRO TUNC ORDER as to Dennis M. Suellentrop, Jr. IT IS HEREBY ORDERED that the Report and Recommendation of the United States Magistrate Judge 50 is SUSTAINED, ADOPTED, and INCORPORATED herein, and defendant Dennis M. Sullentrop's Motions to Suppress Physical Evidence and Statements 25 , 33 ] are DENIED. IT IS FURTHER ORDERED that this case has been set for trial on the two–week docket beginning Monday, September 17, 2018 at 8:30 a.m. in Courtroom 14 South. IT IS FURTHER ORDERED that a final pretrial hearing and hearing to make a record of any plea offers or concessions offered by the United States will be held on Tuesday, August 28, 2018 at 2:30 p.m. in Courtroom 14 South. Signed by District Judge Catherine D. Perry on 8/13/18. (EAB) (Entered: 08/13/2018) |
| 08/28/2018 | 56 | | Minute Entry for proceedings held before District Judge Catherine D. Perry:Minutes as to Dennis M. Suellentrop, Jr held on 8/28/2018. Parties present for final pretrial and Missouri v. Frye hearing. Plea situation discussedwith defendant and counsel. Possible change of plea hearing to be set Thursday, September 6, 2018 at 3:30 p.m. (Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (FTR Gold: No) (proceedings started: 2:32 p.m.) (proceedings ended: 2:41 p.m.) (Defendant Location: Custody) (CBL) (Entered: 08/28/2018) |
| 08/28/2018 | 57 | | ORDER as to Dennis M. Suellentrop, Jr. IT IS HEREBY ORDERED that the possible change of plea hearing in this matter is set for Thursday, September 6, 2018 at 3:30 p.m. in Courtroom 14–South. Signed by District Judge Catherine D. Perry on 8/28/2018. (CBL) (Entered: 08/28/2018) |
| 09/06/2018 | 58 | | Minute Entry for proceedings held before District Judge Catherine D. Perry:Change of Plea Hearing as to Dennis M. Suellentrop, Jr held on 9/6/2018. Defendant sworn. The Court finds the defendant competent to enter a plea of guilty. By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilt to count 1–8. Gulty Plea Agreement filed. ( Objections to |

| | | | |
|---|---|---|---|
| | | | Presence Report due by 11/6/2018. Sentencing set for 11/27/2018 02:00 PM in Courtroom 14S before District Judge Catherine D. Perry.) (Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (FTR Gold: No) (proceedings started: 3:29) (proceedings ended: 4:03) (Defendant Location: custody) (MCB) (Entered: 09/06/2018) |
| 09/06/2018 | 59 | | GUILTY PLEA AGREEMENT by USA, Dennis M. Suellentrop, Jr as to Dennis M. Suellentrop, Jr. (MCB) (Entered: 09/06/2018) |
| 09/06/2018 | 60 | | GUILTY PLEA AGREEMENT SUPPLEMENT as to Dennis M. Suellentrop, Jr (MCB) (Entered: 09/06/2018) |
| 09/07/2018 | 61 | | ORDER Re: SENTENCING MEMORANDUM as to Dennis M. Suellentrop, Jr. IT IS HEREBY ORDERED that sentencing as to Dennis M. Suellentrop, Jr is set for November 27, 2018 at 2:00. All objections to presence report must be filed no later than November 6, 2018. If testimony is expected, counsel must notify the court at least one week before sentencing. IT IS FURTHER ORDERED that the parties must file any sentencing memoranda no later than November 20, 2018, except that a response to a sentencing memorandum may be filed no later than November 23, 2018. Signed by District Judge Catherine D. Perry on September 7, 2018. (MCB) (Entered: 09/07/2018) |
| 11/06/2018 | 63 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Dennis M. Suellentrop, Jr (Livergood, Robert) (Entered: 11/06/2018) |
| 11/06/2018 | 64 | | MOTION to Continue ; Sentencing by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 11/06/2018) |
| 11/07/2018 | 65 | | SENTENCING DOCUMENT by USA as to Dennis M. Suellentrop, Jr (Livergood, Robert) (Entered: 11/07/2018) |
| 11/07/2018 | 66 | | ORDER as to Dennis M. Suellentrop, Jr. IT IS HEREBY ORDERED that the defendants motion to continue 64 is granted and the sentencing in this matter is reset from Tuesday, November 27, 2018 at 2:00 p.m. to Thursday, December 20, 2018 at 12:30 p.m. in Courtroom 14–South. All Objections to the presence report must be filed no later than November 29, 2018. If testimony is expected counsel must notify the court at least one week before sentencing. IT IS FURTHER ORDERED that the parties must file any sentencing memoranda no later than December 13, 2018 except that a response to a sentencing memorandum may be filed no later than December 17, 2018. Signed by District Judge Catherine D. Perry on 11/7/2018. (CBL) (Entered: 11/07/2018) |
| 12/13/2018 | 67 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Dennis M. Suellentrop, Jr (Attachments: # 1 Letter)(MDH) (Entered: 12/13/2018) |
| 12/13/2018 | 69 | | NOTICE of Intent to Call Witnesses at Sentencing by USA as to Dennis M. Suellentrop, Jr (Livergood, Robert) (Entered: 12/13/2018) |
| 12/17/2018 | 70 | | SENTENCING MEMORANDUM – SEALED by defendant Dennis M. Suellentrop, Jr (Attachments: # 1 Letter)(Hogan, Joseph) (Entered: 12/17/2018) |
| 12/17/2018 | 71 | | MOTION for Leave to File *Sentencing Memorandum Out of Time* by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Entered: 12/17/2018) |

| | | | |
|---|---|---|---|
| 12/17/2018 | 72 | | Docket Text ORDER as to Dennis M. Suellentrop, Jr Re: 71 MOTION for Leave to File *Sentencing Memorandum Out of Time* by Dennis M. Suellentrop, Jr. ORDERED :LEAVE GRANTED. Signed by District Judge Catherine D. Perry on 12/17/2018. (CBL) (Entered: 12/17/2018) |
| 12/20/2018 | 73 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Catherine D. Perry: Sentencing as to Dennis M. Suellentrop, Jr held on 12/20/2018. No Objections to Preesentence Reprot. Presentence report adopted/accepted by Court as findings of fact. Testimony heard. Letters received regarding defendant reviewed by the Court and made part of the record. Sentence imposed. See judgment. Certificate of Compliance with Local Rule 12.07(A) provided to defendants attorney. Exhibits returned to and retained by counsel (see exhibit list). (Probation/Pretrial Officer: Bethany Wendling)(Court Reporter:Gayle Madden, Gayle_Madden@moed.uscourts.gov, 314–244–7987) (proceedings started: 12:31 p.m.) (proceedings ended: 1:03 p.m.)(Deputy Clerk: M. Berg) (Defendant Location: custody)(Attorney Appearance for USA: Patrick Judge.)(Attorney Appearance for Defense: Joseph Hogan.) (MCB) (Entered: 12/20/2018) |
| 12/20/2018 | 74 | | CLERKS WITNESS LIST as to Dennis M. Suellentrop, Jr as to Sentencing held on December 20, 2018. (MCB) (Main Document 74 replaced on 12/26/2018) (MCB). (Entered: 12/20/2018) |
| 12/20/2018 | 75 | | CLERKS EXHIBIT LIST as to Dennis M. Suellentrop, Jr as to Sentencing held on December 20, 2018.(MCB) (Main Document 75 replaced on 12/26/2018) (MCB). (Entered: 12/20/2018) |
| 12/20/2018 | 76 | 16 | JUDGMENT as to Dennis M. Suellentrop, Jr. (1), Count(s) 1r–7r, 8r, Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 120 years, with recommendations to the BOP. This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5–8 to be served concurrently with one another and with the sentence on Counts 1–4, for an aggregate sentence of 120 years. This sentence shall run concurrent to any sentence imposed under Docket No. 17JR–CR00001–03, pursuant to USSG §5Gl.3, as this charge is relevant conduct to the instant offense. Supervised Release for a term of LIFE, with additional supervised release terms. This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently. IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts l through 8, for a total of $800, which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of S5,000 is not recommended. Signed by District Judge Catherine D. Perry on December 20, 2018. (MCB) (Entered: 12/21/2018) |
| 12/20/2018 | 77 | | STATEMENT OF REASONS for Sentence as to defendant Dennis M. Suellentrop, Jr Signed by District Judge Catherine D. Perry on December 20, 2018. (MCB) (Entered: 12/21/2018) |
| 12/20/2018 | 78 | | Exhibit Receipt signed by the United States of America re: Defendant Dennis M. Suellentrop, Jr. (MCB) (Entered: 12/21/2018) |
| 12/20/2018 | 79 | | |

| | | | NOTICE by Dennis M. Suellentrop, Jr of Certification of Compliance with Local Rule 12.07. (MCB) (Entered: 12/21/2018) |
|---|---|---|---|
| 12/20/2018 | 80 | | SENTENCING LETTER by defendant Dennis M. Suellentrop, Jr (MCB) (Entered: 12/21/2018) |
| 12/27/2018 | 81 | | MOTION for Leave to Appeal , MOTION for Leave to: Proceed In Forma Pauperis by Dennis M. Suellentrop, Jr. (Hogan, Joseph) (Modified on 12/28/2018 to correct event.)(CBL). (Entered: 12/27/2018) |
| 12/27/2018 | 82 | 26 | NOTICE OF APPEAL by Dennis M. Suellentrop, Jr (Hogan, Joseph) (Entered: 12/27/2018) |
| 12/28/2018 | 83 | 29 | Docket Text ORDER as to Dennis M. Suellentrop, Jr Re: 81 MOTION for Leave to: Proceed In Forma Pauperis on Appeal by Dennis M. Suellentrop, Jr. ORDERED: GRANTED. Signed by District Judge Catherine D. Perry on 12/28/2018. (CBL) (Entered: 12/28/2018) |
| 12/28/2018 | 84 | 30 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding 76 Judgment. Notice of Appeal filed on 12/27/18 by Defendant Dennis M. Suellentrop, Jr. NOTIFICATION TO COUNSEL/PRO SE PARTY: FILE REQUEST FOR TRANSCRIPT WITH THE DISTRICT COURT CLERKS OFFICE. (BAK) (Entered: 12/28/2018) |

# United States District Court

## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

DENNIS M. SUELLENTROP, JR.

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER:  4:17CR00435 CDP

USM Number:  47036-044

THE DEFENDANT:

Joseph M. Hogan

Defendant's Attorney

☒ pleaded guilty to count(s)   One - Eight on September 6, 2018.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | Between on or about August 19, 2016, and on or about August 20, 2016 | One |
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | On or about August 21, 2016 | Two |
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | On or about August 31, 2016 | Three |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 20, 2018

Date of Imposition of Judgment

Signature of Judge

Catherine D. Perry

United States District Judge

Name & Title of Judge

December 20, 2018

Date signed

Judgment-Page __2__ of __8__

DEFENDANT: DENNIS M. SUELLENTROP, JR.

CASE NUMBER: 4:17CR00435 CDP

District: Eastern District of Missouri

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | On or about September 8, 2016 | Four |
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | On or about September 9, 2016 | Five |
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | On or about September 17, 2016 | Six |
| 18 U.S.C. § 2251(a) and 18 U.S.C. § 2251(e) | Production of Child Pornography | Between on or about December 28, 2016, to on or about December 29, 2016 | Seven |
| 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 2252A(b)(2) | Possession of Child Pornography | Between on or about December 30, 2016, to on or about January 1, 2017 | Eight |

Judgment-Page ___3___ of ___8___

DEFENDANT:  DENNIS M. SUELLENTROP, JR.

CASE NUMBER:  4:17CR00435 CDP

District:    Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of  120 years.

This term consists of a term of 30 years on each of Counts 1 through 4, all such terms to be served consecutively and terms of 30 years on Counts 5 through 7 and 20 years on Count 8, with the sentence on Counts 5-8 to be served concurrently with one another and with the sentence on Counts 1-4, for an aggregate sentence of 120 years.

This sentence shall run concurrent to any sentence imposed under Docket No. 17JR-CR00001-03, pursuant to USSG §5G1.3, as this charge is relevant conduct to the instant offense.

☒  The court makes the following recommendations to the Bureau of Prisons:

that the defendant be evaluated for participation in the Residential Drug Abuse Program, Sex Offender Management Program and mental health treatment. It is also recommended the defendant be evaluated for participation in an Occupational/Educational program. Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies. It is also recommended that the defendant be placed at FCI - Marianna, Florida or USP - Marion, Illinois.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐    at _____ a.m./pm on _____

☐    as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____

☐    as notified by the United States Marshal

☐    as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

DEFENDANT: DENNIS M. SUELLENTROP, JR.

CASE NUMBER: 4:17CR00435 CDP

District:   Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   LIFE.

This term consists of a term of life on each of Counts 1 through 8, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☒   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5. ☒   You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6. ☒   You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)

7. ☐   You must participate in an approved program for domestic violence. (check if applicable)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Judgment-Page ___5___ of __8__

DEFENDANT: DENNIS M. SUELLENTROP, JR.

CASE NUMBER: 4:17CR00435 CDP

District:    Eastern District of Missouri

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4.  You must answer truthfully the questions asked by your probation officer.

5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Judgment-Page __6__ of __8__

DEFENDANT: DENNIS M. SUELLENTROP, JR.

CASE NUMBER: 4:17CR00435 CDP

District: Eastern District of Missouri

## ADDITIONAL SUPERVISED RELEASE TERMS

While on supervision, the defendant shall comply with the standard conditions that have been adopted by this Court and shall comply with the following additional conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

1. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

3. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

4. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

5. You must not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media without approval of the probation office.

6. You must advise the probation office of all computers, electronic equipment, and web enabled equipment, including cell phones, to which you possess of have access within 24 hours of obtaining same.

7. You must not access the Internet except for reasons approved in advance by the probation officer.

8. You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.

9. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

10. You must not possess or use any audio/visual recording or producing equipment at any location without the written approval of the probation office. If approval is given, you must consent to the probation office or probation service representative conducting unannounced examinations, including retrieval and copying of all data related to the equipment.

11. You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).

12. You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

13. You are prohibited from engaging in any occupation, business, profession, or volunteer work where you have access to children under the age of 18 without prior written approval from the probation office. You must not go to, or remain at, any place where you know children under the age of 18 are likely to be, including parks, schools, playgrounds, and childcare facilities. You must not go to, or remain at, a place for the primary purpose of observing or contacting children under the age of 18.

14. You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

15. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

16. You must not communicate, or otherwise interact, with M.S., either directly or through someone else, without first obtaining the permission of the probation officer.

17. You must pay the costs of any future counseling for the victim of the instant offense, should counseling be pursued.

Judgment—Page ___7___ of __8__

DEFENDANT: DENNIS M. SUELLENTROP, JR.
CASE NUMBER: 4:17CR00435 CDP
District:  Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $800.00 | | | |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| | Totals: | | | |

☐ Restitution amount ordered pursuant to plea agreement  _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.  ☐ fine  ☐ restitution.

☐ The interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

December 28 2018 p22

Judgment-Page __7__ of __8__

DEFENDANT: DENNIS M. SUELLENTROP, JR.
CASE NUMBER: 4:17CR00435 CDP
District: Eastern District of Missouri

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $800.00 | | | |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C)
will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | | | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.  ☐ fine  ☐ restitution.

☐ The interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment-Page __8__ of __8__

DEFENDANT: DENNIS M. SUELLENTROP, JR.

CASE NUMBER: 4:17CR00435 CDP

District: Eastern District of Missouri

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of ___$800.00___ due immediately, balance due

        ☐ not later than _____ , or

        ☒ in accordance with ☐ C, ☐ D, or ☐ E below; or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or ☐ F below; or

C ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
_____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
_____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a

term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100 on each of Counts 1 through 8, for a total of $800,
which shall be due immediately. As the defendant appears to be indigent, the additional special assessment of $5,000 is not recommended.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons'
Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
     Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
     and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.



DEFENDANT:  DENNIS M. SUELLENTROP, JR.
CASE NUMBER:  4:17CR00435 CDP
USM Number:  47036-044

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By  _____
Deputy U.S. Marshal


☐   The Defendant was released on _____ to_____ Probation

☐   The Defendant was released on _____ to_____ Supervised Release

☐   and a Fine of_____  ☐  and Restitution in the amount of_____


_____
UNITED STATES MARSHAL


By  _____
Deputy U.S. Marshal


I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____  F.F.T. _____

U.S. MARSHAL E/MO


By DUSM _____

December 28 2018 p25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NOTICE OF APPEAL

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>4:17-CR-435 CDP</u> |
| vs. | ) | District Court Docket Number |
| | ) | |
| Dennis Suellentrop, Jr., | ) | <u>Catherine D. Perry</u> |
| | ) | District Court Judge |
| Defendant. | ) | |
| | ) | |

Notice is hereby given that Dennis Suellentrop, Jr., appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment and Order of <u>Conviction & Sentence</u> entered in this action on December 20, 2018.

Respectfully submitted,

/S/ JOSEPH M. HOGAN

_____

_Joseph M. Hogan, 47008MO
Attorney for Defendant
8008 Carondelet, Ste. 300
Clayton, Missouri 63105
(314) 863-9898 fax 863-5647

Transcript Order Form

☐ Please Prepare a transcript of:
    ☐ Testimony or
    ☐ Portions thereof
    ☐ Post Trial Proceedings
    ☐ Other (Specify)

Transcripts of Pre-trial motions hearing were previously ordered and received on March 13, 2018.

INFORMATION SHEET

TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1.  Defendant's Address:   Federal Bureau of Prisons _____
                           _____
                           _____

2.  Date of Plea:          September 6, 2018 _____

    Offenses:   1. Production of Child Pornography   eight (8)  counts.
                2. Possession of Child Pornography   one  (1)  count.

3.  Sentence and Date Imposed:   120 years confinement B.O.P _____
                                 December 20, 2018 _____

4.  Appealing:    Sentence ☐  Conviction ☐        Both X
    Challenging:            ☐ Application of Sentencing
                           ☐ Constitutionality of Guidelines
                           X  Both Application and Constitutionality

5.  Date Trial Transcript ordered by Counsel: Transcripts of the Pre-trial Motion
    Hearing were received on March 13, 2018. _____

        Stenographer in Charge: Shannon L. White, CRR,  RMR _____
        (Name, Address, Phone) 111 South Tenth Street, 3rd floor ____
                               St. Louis, MO 63102 _____
                               314 -244-7966 _____

6.  Trial Counsel was:       X Retained

    Does Defendant's financial status warrant appointment of counsel on appeal?
                 X Yes        ☐ No

    Request to proceed In Forma Pauperis filed:   December 27, 2018 ____

        Is there any reason why trial counsel should not be appointed as counsel
    on appeal?

No.

7.    Assistant U.S. Attorney Name and Phone Number:   <u>Robert Livergood</u>
<u>(314) 539-2200</u>

```
MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
Bcc:
--Case Participants: Robert F. Livergood (caseview.ecf@usdoj.gov,
francesca.shramek@usdoj.gov, rob.livergood@usdoj.gov, smichels@usa.doj.gov,
usamoe.crimdock@usdoj.gov), Joseph M. Hogan (jmhogan4090@sbcglobal.net), District
Judge
Catherine D. Perry (moed_cdp_notifications@moed.uscourts.gov)
--Non Case Participants: Bethany A Wendling (bethany_goff@moep.uscourts.gov)
--No Notice Sent:

Message-Id:7926798@moed.uscourts.gov
Subject:Activity in Case 4:17-cr-00435-CDP USA v. Suellentrop Docket Text Order
Content-Type: text/html
```

## U.S. District Court

## Eastern District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 12/28/2018 at 10:29 AM CST and filed on 12/28/2018

| | |
|---|---|
| **Case Name:** | USA v. Suellentrop |
| **Case Number:** | 4:17–cr–00435–CDP |
| **Filer:** | |
| **Document Number:** | 83(No document attached) |

**Docket Text:**
**Docket Text ORDER as to Dennis M. Suellentrop, Jr Re: [81] MOTION for Leave to: Proceed In Forma Pauperis on Appeal by Dennis M. Suellentrop, Jr. ORDERED: GRANTED. Signed by District Judge Catherine D. Perry on 12/28/2018. (CBL)**

**4:17–cr–00435–CDP–1 Notice has been electronically mailed to:**

Robert F. Livergood     rob.livergood@usdoj.gov, SMichels@usa.doj.gov, caseview.ecf@usdoj.gov, francesca.shramek@usdoj.gov, usamoe.crimdock@usdoj.gov

Joseph M. Hogan     jmhogan4090@sbcglobal.net

**4:17–cr–00435–CDP–1 Notice has been delivered by other means to:**

US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:                                                          USCA#: _____

USA v. Suellentrop

Case Number:

4:17cr435 CDP

Plaintiff:                                    Defendant:


United States of America                      Dennis M. Suellentrop, Jr.

Attorney:                                     Attorney:


Robert F. Livergood                           Joseph M. Hogan
OFFICE OF U.S. ATTORNEY                        Joseph M. Hogan, Attorney at Law
111 S. Tenth Street                           7751 Carondelet Ave.
20th Floor                                    Suite 700
St. Louis, MO 63102                           Clayton, MO 63105
314-539-2365                                  314-863-9898
Fax: 314-539-2287                             Fax: 314-863-5647
Email: rob.livergood@usdoj.gov                Email: jmhogan4090@sbcglobal.net

Court Reporter:                               Please return files and documents to:


                                              Clerk, Eastern District of Missouri


                                              Person to contact about the appeal::


Shannon White                                 Beth Kirkland    244-7925
Gayle Madden

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | NO FEE PAID | GRANTED   12/28/18 | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| JOSEPH HOGAN | NONE | N/A | N/A |


Criminal Cases/Prisoner Pro Se Cases Only:

   Is defendant incarcerated?   (Yes)   No      Where: UNKNOWN AT THIS TIME

Please list all other defendants in this case if there were multiple defendants: